
RECEIVED

FEB - 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| United States of America | Criminal Action No. 98-30024-01 |
| versus | Judge Tucker L. Melançon |
| Doris Jean Dykes | Magistrate Judge Hayes |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the entire record including defendant's objections, concurring with the Magistrate Judge's finding under the applicable law,

IT IS ORDERED that the Motion to Vacate or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Rec. Doc. 564] is DENIED.

Thus done and signed this 8th day of February, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge