IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM.. NO. 98-30024-01/USM 79442-079 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DORIS JEAN DYKES | MAG. JUDGE KAREN L. HAYES |

## AMENDED JUDGMENT

Pursuant to 18 U.S.C. § 3582(c)(2), which provides for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission under 28 U.S.C. § 994(u),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment of the Court, imposed on July 2, 1999, sentencing Defendant Doris Jean Dykes to a term of imprisonment of 132 months is AMENDED, and Defendant's sentence is reduced to 120 months.  If this sentence exceeds the amount that Defendant has already served, this shall be treated as a "Time Served" Judgment.  It is the intent of the Court that Defendant be released from custody immediately.

**I.      COURT DETERMINATION OF GUIDELINE RANGE (Prior to any departures)**

| | |
|---|---|
| **Previous Offense Level:**             37 | **Amended Offense Level:**            35 |
| **Criminal History Category:**          I | **Criminal History Category:**         I |
| **Previous Guideline Range:** 210-262 months | **Amended Guideline Range:** 168-210 months |

**II.     SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

\_\_\_\_    **The reduced sentence is within the amended guideline range.**

\_\_\_\_    **The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a**

   **departure or a Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.**

 **X** **Other (explain): The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a 5K1.1 departure, and the reduced sentence is the statutory minimum.**

III. ADDITIONAL COMMENTS:

Except as otherwise provided, all provisions of the Judgment dated July 7, 1999, remain in effect.

MONROE, LOUISIANA, this 3rd day of March, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE